# JUDD BURSTEIN, P.C.
## ATTORNEYS AT LAW

JUDD BURSTEIN
PETER B. SCHALK*

MATTHEW G. DeOREO**
ALEXANDER M. LEVY
JEREMY M. ATTIE

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN CONNECTICUT

1790 BROADWAY
NEW YORK, NEW YORK 10019
(212) 974-2400
FAX: (212) 974-2944

November 15, 2011

**BY ECF**
Hon. Arthur D. Spatt
United States District Judge
Eastern District of New York
100 Federal Plaza
U.S. Courthouse
Central Islip, New York 11722

    Re:    *Excelsior Capital, LLC v. Devine,* Civil Case No. 2:10-cv-01319-ADS-ARL (E.D.N.Y.)

Dear Judge Spatt:

I am a principal of Judd Burstein, P.C., counsel for plaintiff Excelsior Capital, LLC ("Plaintiff") in the above-referenced action. I write to respectfully request that Your Honor so-order the enclosed Stipulation and [Proposed] Order of Dismissal, which (a) dismisses Plaintiff's Civil R.I.C.O. claims with prejudice; (b) dismisses Plaintiff's remaining state law claims without prejudice for lack of subject matter jurisdiction; and (c) dismisses the third party claims of defendant-third-party-plaintiff Christopher Devine without prejudice for lack of subject matter jurisdiction. All counsel have executed the enclosed.

Respectfully yours,

Judd Burstein

Enclosure

cc:    All counsel (by ECF and e-mail)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
EXCELSIOR CAPITAL, LLC,

                     *Plaintiff*,

    - against-

CHRISTOPHER DEVINE, BRUCE BUZIL,
ROBERT E. NEIMAN and GREENBERG
TRAURIG, LLP,
             *Defendants.*
---------------------------------------------------------------X
CHRISTOPHER DEVINE,

                *Third-Party Plaintiff*,

    -against-

THE ESTATE OF C. ROBERT ALLEN, III, by its
Executrix GRACE M. ALLEN, and LUKE ALLEN.

               *Third-Party Defendants.*
---------------------------------------------------------------X

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

Case No. 10-CV-01319(ADS)(ARL)

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys of record for plaintiff Excelsior Capital, LLC's ("Excelsior") and the Defendants that:

1. Excelsior's claims for relief under Civil R.I.C.O., 18 U.S.C. § 1961, *et. seq.* against Defendants (the First through Sixth Claims for Relief in Excelsior's Complaint) (the "RICO Claims") are dismissed with prejudice and without costs or attorneys fees to any party.

2. Excelsior's remaining state law claims against Defendants (the Seventh through Ninth Claims for Relief in Excelsior's Complaint) (the "State Law Claims") are dismissed without prejudice for lack of subject matter jurisdiction and without costs or attorneys fees to any party.

3. Excelsior's Complaint is dismissed without prejudice and without costs or

1

attorneys fees to any party, except that the RICO Claims are dismissed with prejudice and without costs or attorneys fees to any party.

4. Defendant Christopher Devine's Third-Party Complaint is dismissed without prejudice and without costs or attorneys fees to any party for lack of subject matter jurisdiction.

5. This Stipulation and Proposed Order may be signed in counterparts.

6. For the purposes of this Stipulation and Proposed Order, faxed and electronically transmitted signatures will be deemed original.

JUDD BURSTEIN, P.C.

_____
Judd Burstein, Esq.
1790 Broadway, Suite 1501
New York, New York 10019
Telephone: (212) 974-2400
*Attorneys for Plaintiff Excelsior Capital, LLC*

PECKAR & ABRAMSON, P.C.

_____
Edward O. Pacer, Esq.
208 South LaSalle St., Suite 1660
Chicago, IL 60604
Telephone: (312) 881-6304
*Attorneys for Defendant and Third-Party Plaintiff Christopher Devine*

_____
Reed P. Whittemore, Esq.
14 Vanderventer Ave., Suite 115
Port Washington, New York 11050
Telephone: (516)-883-9500
*Attorneys for the Estate of C. Robert Allen, III*

SIMPSON THACHER & BARTLETT LLP

_____
Mary Elizabeth McGarry, Esq.
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
*Attorneys for Defendants Robert E. Neiman and Greenberg Traurig, LLP*

HISCOCK & BARCLAY, LLP

_____
Alan Robert Peterman, Esq.
300 South State Street
Syracuse, NY 13202
Telephone: (315) 425-2700
*Attorneys for Defendant Bruce Buzil*

COHEN & GRESSER LLP

_____
Alexander Wald, Esq.
800 Third Ave., 21st Floor
New York, NY 10022
Telephone: (212)-957-7600
*Attorneys for Third Party Defendant Luke Allen*

2

**IT IS SO ORDERED**

---
HON. ARTHUR D. SPATT, U.S.D.J.